**United States Bankruptcy Court**
**District of Delaware**

| | Voluntary Petition |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Linens Holding Co.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br><br>**Laundry Holding Co.** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Social Security or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):<br>**20-4192917** | Last four digits of Social Security or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State):<br><br>**6 Brighton Road, Clifton, New Jersey**       **07015** | Street Address of Joint Debtor (No. & Street, City, State):<br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Passaic County, New Jersey** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br><br>ZIP CODE | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the<br>above entities, check this box and<br>state type of entity below) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in<br>   11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other | ☐ Chapter 7      ☐ Chapter 15 Petition for<br>☐ Chapter 9         Recognition of a Foreign<br>☒ Chapter 11        Main Proceeding<br>☐ Chapter 12    ☐ Chapter 15 Petition for<br>☐ Chapter 13        Recognition of a Foreign<br>                          Nonmain Proceeding |

**Tax-Exempt Entity**
(Check box, if applicable.)

☐ Debtor is a tax-exempt organization
   under Title 26 of the United States
   Code (the Internal Revenue Code).

| **Nature of Debts**<br>(Check one box.) | |
|---|---|
| ☐ Debts are primarily consumer<br>debts, defined in 11 U.S.C.<br>§ 101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or household<br>purpose." | ☒ Debts are primarily<br>business debts. |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ☒ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only).<br>Must attach signed application for the court's consideration certifying<br>that the debtor is unable to pay fee except in installments. Rule 1006(b).<br>See Official Form No. 3A<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only).<br>Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D)<br><br>☒ Debtor is not a small business debtor as defined in 11 U.S.C.<br>§ 101(51D).<br><br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding<br>debts owed to insiders or affiliates) are less than $2,190,000. |

**Statistical/Administrative Information**

☒ Debtor estimates that funds will be available for distribution to unsecured
   creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
   there will be no funds available for distribution to unsecured creditors.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one
   or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

THIS SPACE IS FOR COURT
USE ONLY

| Estimated Number of Creditors | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over-<br>100,000 |

| Estimates Assets | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>Million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

| Estimates Liabilities | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Linens Holding Co. |
|---|---|

| **All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**See Attached Rider 1** | Case Number: | Date Filed: |
| District:<br>District of Delaware | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☒     Exhibit A is attached and made a part of this petition. | X _____<br>          Signature of Attorney for Debtor(s)          Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐     Yes, and Exhibit C is attached and made a part of this petition.

☒     No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐     Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐     Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
*(Check any applicable box)*

☒     Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐     There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐     Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
*Check all applicable boxes.*

☐     Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐     Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐     Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐     Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1))

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Linens Holding Co. |

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1515, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| X _____<br>    Signature of Debtor<br><br>X _____<br>    Signature of Joint Debtor<br><br>    Telephone Number (if not represented by attorney)<br><br>    Date | X _____<br>    (Signature of Foreign Representative)<br><br>_____<br>    (Printed Name of Foreign Representative)<br><br>    Date |

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| X _____<br>    Signature of Attorney for Debtor(s)<br>Mark D. Collins, Esq.<br>    Printed Name of Attorney for Debtor(s)<br>Richards, Layton & Finger, P.A.<br>    Firm Name<br>920 N. King Street, One Rodney Square<br>    Address<br>Wilmington, Delaware 19801<br>(302) 651-7700<br>    Telephone Number<br>May 2, 2008<br>    Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br><br>_____<br>Date<br><br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above. |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>    Signature of Authorized Individual<br>Francis M. Rowan<br>    Printed Name of Authorized Individual<br>Chief Financial Officer<br>    Title of Authorized Individual<br>May 2, 2008<br>    Date | Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

## Rider 1

### Pending Bankruptcy Cases Filed By This Debtor and Affiliates:
### Each Concurrently Filed in United States Bankruptcy Court, District of Delaware

- Linens Holding Co.

- Linens 'n Things, Inc.

- Linens 'n Things Center, Inc.

- Bloomington, MN., L.T., Inc.

- Vendor Finance, LLC

- LNT, Inc.

- LNT Services, Inc.

- LNT Leasing II, LLC

- LNT West, Inc.

- LNT Virginia LLC

- LNT Merchandising Company LLC

- LNT Leasing III, LLC

- Citadel LNT, LLC

B 1A (Official Form 1, Exhibit A) (9/97)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

# UNITED STATES BANKRUPTCY COURT

In re    Linens Holding Co.,[1]          )    Case No. _____

                 Debtor     )

                       )    Chapter 11

### EXHIBIT "A" TO VOLUNTARY PETITION

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is 20-4192917.

2. The following financial data is the latest available information and refers to the debtor's condition on 12/29/07.

a. Total assets          $ 1,740,397,000

b. Total debts (including debts listed in 2.c., below)          $ 1,417,603,000

c. Debt securities held by more than 500 holders:

| | | | | Approximate number of holders: |
|---|---|---|---|---|
| secured ☐ | unsecured ☐ | subordinated ☐ | $_____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $_____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $_____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $_____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $_____ | _____ |

d. Number of shares of preferred stock      _____      _____

e. Number of shares common stock      13,013,000_____      _____14_____
    Comments, if any:  The approximate number of holders represents the approximate number of holders of record.

3. Brief description of debtor's business:

    The debtor operates in the retail industry and sells a broad assortment of home textiles, housewares and home accessories.

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

    Linens Investors, LLC, Peter P. Copses and Andrew J. Jhawar

---

[1]  The three debtor entities required to file periodic financial reports (Linens Holding Co., Linens 'n Things, Inc. 22-3463939 and Linens 'n Things Center, Inc. 59-2740308) do so on a consolidated basis.  Accordingly, the figures reflected here reflect the consolidated data for all three entities.

RLF1-3272204-1

05/01/2008 16:49 FAX                                    ☑001/004

**LINENS HOLDING CO.**
**LINENS 'N THINGS, INC.**
**SECRETARY'S CERTIFICATE**

**May 1, 2008**

I, Francis M. Rowan, Secretary of each of Linens Holding Co., a Delaware corporation ("Holding"), and Linens 'n Things, Inc., a Delaware corporation ("LNT" and, together with Holding, the "Companies"), do hereby certify the following at and as of the date hereof:

1.      I am the duly elected, qualified, and acting Secretary of each of the Companies.

2.      Attached hereto as Exhibit A is a true, correct, and complete copy of resolutions (the "Resolutions") adopted by a unanimous vote of the boards of directors of each of the Companies (the "Boards") at a joint meeting of the Boards duly called and held for that purpose on May 1, 2008

3.      The Resolutions were duly adopted by the Boards in accordance with the By-laws of each of the Companies and the laws of the State of Delaware.

4.      The Resolutions are not inconsistent with the Certificate of Incorporation and the By-laws of each of the Companies.

5.      The Resolutions have not been amended, modified, repealed, or rescinded since adopted, and are in full force and effect as of the date hereof.

6.      The Resolutions are the only resolutions relating to the subject matter thereof adopted by the Boards, any committees of the Boards, or the stockholders of the Companies.

IN WITNESS WHEREOF, the undersigned has caused this Secretary's Certificate to be executed as of the date first set forth above.

Francis M. Rowan
Secretary

## EXHIBIT A

### Approval of Bankruptcy Filing

**WHEREAS,** the Boards of Directors of each of Linens Holding Co., a Delaware corporation ("Holding"), and Linens 'n Things, Inc., a Delaware corporation and wholly owned subsidiary of Holding (together with Holding, the "Companies"), deem it to be desirable and in the best interests of each of the Companies, their respective creditors, and other interested parties that a petition be filed by each of the Companies seeking relief under the provisions of chapter 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code");

**NOW, THEREFORE, BE IT RESOLVED,** that the Chief Executive Officer and Chief Financial Officer of each of the Companies, and any other person designated and so authorized by the Chief Executive Officer or Chief Financial Officer to act (each, an "Authorized Officer"), be and hereby are authorized, directed, and empowered, on behalf of and in the name of the Companies, to execute and verify a petition in the name of each of the Companies under the Bankruptcy Code, as well as all other ancillary documents, and to cause the same to be filed in the United States Bankruptcy Court for the District of Delaware (the "Chapter 11 Case") in such form and at such time as the Authorizing Officer executing said petition shall determine;

**RESOLVED FURTHER,** that Authorized Officers of each of the Companies be and are hereby authorized, directed, and empowered to open any new bank accounts, as needed, to be designated as "Debtor-in-Possession" bank accounts pursuant to the filing of the petition under chapter 11 of the Bankruptcy Code, and to include such signing parties on such accounts, as representatives of the Companies, as may be designated from time to time by the Authorized Officers of the Companies;

**RESOLVED FURTHER,** that the law firm of Gardere Wynne Sewell LLP ("Gardere") be and hereby is employed as attorneys for each of the Companies under a general retainer in the Chapter 11 Case, subject to court approval;

**RESOLVED FURTHER,** that the law firm of Morgan, Lewis & Bockius LLP ("MLB") be and hereby is employed as attorneys for each of the Companies under a general retainer in the Chapter 11 Case, subject to court approval;

**RESOLVED FURTHER,** that the law firm of Richards, Layton & Finger, P.A. ("RLF") be and hereby is employed as attorneys for each of the Companies under a general retainer in the Chapter 11 Case, subject to court approval;

**RESOLVED FURTHER,** that the firm of Conway, Del Genio, Gries & Co., LLC ("Conway") be and hereby is employed to provide restructuring management services for each of the Companies under a general retainer in the Chapter 11 Case, subject to court approval;

**RESOLVED FURTHER,** that the firm of Kurtzman Carson Consultants LLC ("KCC") be and hereby is employed as noticing and claims agent for each of the Companies under a general retainer in the Chapter 11 Case, subject to court approval;

DALLAS 1926132v1

**RESOLVED FURTHER,** that the Authorized Officers of each of the Companies be and hereby are authorized, directed, and empowered, on behalf of and in the name of each of the Companies, to employ and retain such further legal, financial, accounting, investment banking, real estate consulting, and bankruptcy services firms (together with Gardere, MLB, RLF, Conway, and KCC, the "Professionals") as may be deemed necessary or appropriate by the Authorized Officers of each of the Companies for the Chapter 11 Case;

**RESOLVED FURTHER,** that all acts lawfully done or actions lawfully taken by any Authorized Officer of each of the Companies or any of the Professionals to seek relief on behalf of the Companies under chapter 11 of the Bankruptcy Code or in connection with the Chapter 11 Case, or any matter or proceeding related thereto, be and hereby are adopted, ratified, confirmed, and approved in all respects as the acts and deeds of the respective Companies;

**RESOLVED FURTHER,** that each of the Companies, as a debtor and debtor-in-possession under chapter 11 of the Bankruptcy Code, be and hereby is authorized to: (a) borrow funds from, provide guaranties to, and undertake any and all related financing transactions contemplated thereby (collectively, the "Financing Transactions") with such lenders and on such terms as may be approved by any one of the Authorized Officers as reasonably necessary for the continuing conduct of affairs of each of the Companies, and (b) pay related fees and grant security interests in and liens on some, all, or substantially all of the assets of each of the respective Companies, as may be deemed necessary by any one or more of the Authorized Officers of each of the respective Companies in connection with such borrowings;

**RESOLVED FURTHER,** that (a) the Authorized Officers of each of the Companies be and hereby are authorized and empowered, with full power of delegations, in the name of, and on behalf of, each of the respective Companies, as a debtor and debtor-in-possession, to take such actions and execute and deliver such agreements, certificates, instruments, guaranties, notices, and any and all other documents as may be deemed necessary or appropriate to facilitate or consummate the Financing Transactions (collectively, the "Financing Documents"); (b) Financing Documents containing such provisions, terms, conditions, covenants, warranties and representations as may be deemed necessary or appropriate by the Authorized Officers are approved; and (c) the actions of the Authorized Officers taken pursuant to this resolution, including the execution and delivery of all agreements, certificates, instruments, guaranties, notices, and other documents, shall be conclusive evidence of the approval thereof by such officer and by the Companies;

**RESOLVED FURTHER,** that the Authorized Officers of each of the Companies be and hereby are authorized and empowered, with full power of delegations, for and in the name and on behalf of each of the respective Companies, to amend, supplement, or otherwise modify from time to time the terms of any documents, certificates, instruments, agreements, or other writings referred to in the foregoing resolutions;

**RESOLVED FURTHER,** that any and all actions of any officer or director of each of the Companies taken prior to the date hereof to (i) carry out the purposes of the foregoing resolutions and the transactions contemplated thereunder, and (ii) take any such action to constitute conclusive evidence of the exercise of such discretionary authority, be and hereby are ratified, approved, and confirmed in all respects; and

A-2

**RESOLVED FURTHER,** that the Authorized Officers of each of the Companies be and hereby are authorized, empowered, and directed to do or cause to be done all other things and acts, to execute and deliver or cause to be executed and delivered all other instruments, documents, and certificates and to pay or cause to be paid all costs, fees, and taxes as may be, in their sole judgment, necessary, proper, or advisable in order to carry out and comply with the purposes and intent of the foregoing resolutions; and that all of the acts and deeds of the Authorized Officers and directors of each of the Companies that are consistent with the purposes and intent of such resolutions be and hereby are, in all respects, approved, confirmed, ratified, and adopted as the respective acts and deeds of the Companies.

A-3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **LINENS HOLDING CO.,** | ) | **Case No. 08-_____ (    )** |
| **a Delaware corporation,** | ) | |
| | ) | |
| **Debtor.** | ) | |
| | ) | |
| **Tax I.D. No.  20-4192917** | ) | |

### LIST OF CREDITORS HOLDING
### 30 LARGEST UNSECURED CLAIMS

The above captioned debtor in this chapter 11 case (the "Debtor") filed a voluntary petition in this Court on May 2, 2008 (the "Petition Date") for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532.  The list has been prepared on a consolidated basis, from the books and records of the debtor and certain affiliated entities that have simultaneously commenced chapter 11 cases in this Court (the "Debtors").[1]  The Top 30 List was prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in the Debtor's chapter 11 case.  The Top 30 List does not include:  (1) persons who come within the definition of an "insider" set forth in 11 U.S.C. § 101(31); or (2) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 30 largest unsecured claims.  The information presented in the Top 30 List shall not constitute an admission by, nor is it binding on, the Debtors.  The failure to list a claim as contingent, unliquidated or disputed does not constitute a waiver of the Debtors' rights to contest the validity, priority, and/or amount of any such claim.

[Creditor Listing Begins on Next Page]

---

[1]  The Debtors in these cases, along with the last four digits of the federal tax identification number for each of the Debtors, are Linens Holding Co. (2917), Linens 'n Things, Inc. (3939), Linens 'n Things Center, Inc. (0308), Bloomington, MN., L.T., Inc. (8498), Vendor Finance, LLC (5543), LNT, Inc. (4668), LNT Services, Inc. (2093), LNT Leasing II, LLC (4182), LNT West, Inc. (1975), LNT Virginia LLC (9453), LNT Merchandising Company LLC (2616), LNT Leasing III, LLC (3599) and Citadel LNT, LLC (2479).

| (1)<br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code of employee, agents, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contracts, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5)<br>Amount of claim (secured also state value of security) |
|---|---|---|---|---|
| YANKEE CANDLE COMPANY<br>PO BOX 110<br>SOUTH DEERFIELD, MA 01373-0110<br>PHONE: 800-792-6180<br>FAX: 413-665-3184 | YANKEE CANDLE COMPANY<br>PO BOX 110<br>SOUTH DEERFIELD, MA 01373-0110<br>PHONE: 800-792-6180<br>FAX: 413-665-3184 | TRADE | | $4,604,554.93 |
| AEOLUS DOWN L/C<br>14050 NORTON AVENUE<br>CHINO, CA 91710<br>PHONE: 909-465-6118<br>FAX: 909-627-1173 | AEOLUS DOWN L/C<br>14050 NORTON AVENUE<br>CHINO, CA 91710<br>PHONE: 909-465-6118<br>FAX: 909-627-1173 | TRADE | | $4,286,370.59 |
| AMCOR, INC.<br>685 A GOTHAM PARKWAY<br>CARLSTADT, NJ 07072<br>PHONE: 866-361-2233<br>FAX: 201-460-9481 | AMCOR, INC.<br>685 A GOTHAM PARKWAY<br>CARLSTADT, NJ 07072<br>PHONE: 866-361-2233<br>FAX: 201-460-9481 | TRADE | | $3,685,132.00 |
| OXO INTERNATIONAL, LTD.<br>1 HELEN OF TROY PLAZA<br>EL PASO, TX 79912<br>PHONE: 915-225-8000<br>FAX: 915-225-8081 | OXO INTERNATIONAL, LTD.<br>1 HELEN OF TROY PLAZA<br>EL PASO, TX 79912<br>PHONE: 915-225-8000<br>FAX: 915-225-8081 | TRADE | | $3,522,478.40 |
| BRENTWOOD ORIGINALS<br>20639 SOUTH FORDYCE AVE<br>LONG BEACH, CA 90810<br>PHONE: 201-641-7766<br>FAX: 201-641-1712 | BRENTWOOD ORIGINALS<br>20639 SOUTH FORDYCE AVE<br>LONG BEACH, CA 90810<br>PHONE: 201-641-7766<br>FAX: 201-641-1712 | TRADE | | $3,510658.5 |
| REGAL HOME COLLECTIONS INC.<br>271 5TH AVENUE<br>NEW YORK, NY 10016<br>PHONE: 212-213-3323<br>FAX: 212-213-9398 | REGAL HOME COLLECTIONS INC.<br>271 5TH AVENUE<br>NEW YORK, NY 10016<br>PHONE: 212-213-3323<br>FAX: 212-213-9398 | TRADE | | $3,086,479.83 |
| GROUPE SEB USA<br>FORMERLY ROWENTA<br>196 BOSTON AVENUE<br>MEDFORD, MA 02155<br>PHONE: 781-306-4660<br>FAX: 781-396-1313 | GROUPE SEB USA<br>FORMERLY ROWENTA<br>196 BOSTON AVENUE<br>MEDFORD, MA 02155<br>PHONE: 781-306-4660<br>FAX: 781-396-1313 | TRADE | | $2,670,391.99 |
| M. BLOCK & SONS, INC.<br>5020 W. 73RD STREET<br>BEDFORD PARK, IL 60638<br>PHONE: 708-728-8400<br>FAX: 708-728-0022 | M. BLOCK & SONS, INC.<br>5020 W. 73RD STREET<br>BEDFORD PARK, IL 60638<br>PHONE: 708-728-8400<br>FAX: 708-728-0022 | TRADE | | $2,094,348.41 |
| CROSCILL INC.<br>261 5TH AVENUE<br>NEW YORK, NY 10016<br>PHONE: 212-689-7222<br>FAX: 212-481-8656 | CROSCILL INC.<br>261 5TH AVENUE<br>NEW YORK, NY 10016<br>PHONE: 212-689-7222<br>FAX: 212-481-8656 | TRADE | | $2,080,651.23 |
| N.I. TEIJIN SHOJI (USA), INC.<br>1412 BROADWAY, SUITE 1100<br>NEW YORK, NY 10018<br>PHONE: 212-840-6900<br>FAX: 212-719-9656 | N.I. TEIJIN SHOJI (USA), INC.<br>1412 BROADWAY, SUITE 1100<br>NEW YORK, NY 10018<br>PHONE: 212-840-6900<br>FAX: 212-719-9656 | TRADE | | $2,026,426.73 |

| (1)<br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code of employee, agents, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contracts, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5)<br>Amount of claim (secured also state value of security) |
|---|---|---|---|---|
| ROYALE LINENS<br>993 BELLEVILLE TURNPIKE<br>KEARNY, NJ 07032<br>PHONE: 201-997-3700<br>FAX: 201-997-2780 | ROYALE LINENS<br>993 BELLEVILLE TURNPIKE<br>KEARNY, NJ 07032<br>PHONE: 201-997-3700<br>FAX: 201-997-2780 | TRADE | | $1,966,821.86 |
| MAPLES INDUSTRIES INC.<br>MOODY RIDGE ROAD<br>SCOTTSBORO, AL 35768<br>PHONE: 256-259-1327<br>FAX: 256-259-2072 | MAPLES INDUSTRIES INC.<br>MOODY RIDGE ROAD<br>SCOTTSBORO, AL 35768<br>PHONE: 256-259-1327<br>FAX: 256-259-2072 | TRADE | | $1,901,206.87 |
| ONTEL PRODUCTS<br>CORPORATION<br>21 LAW DRIVE<br>FAIRFIELD, NJ 07004<br>PHONE: 973-439-9000<br>FAX: 973-439-9024 | ONTEL PRODUCTS<br>CORPORATION<br>21 LAW DRIVE<br>FAIRFIELD, NJ 07004<br>PHONE: 973-439-9000<br>FAX: 973-439-9024 | TRADE | | $1,824,743.93 |
| HOMESTEAD INT'L<br>GROUP/IMPORT<br>FORMERLY LONDON FOG<br>GROUP<br>1359 BROADWAY<br>NEW YORK, NY 10018<br>PHONE: 212-790-3000<br>FAX: 212-790-3192 | HOMESTEAD INT'L<br>GROUP/IMPORT<br>FORMERLY LONDON FOG<br>GROUP<br>1359 BROADWAY<br>NEW YORK, NY 10018<br>PHONE: 212-790-3000<br>FAX: 212-790-3192 | TRADE | | $1,789,785.73 |
| MEYER CORP. U.S.<br>1 MEYER PLAZA<br>525 CURTOLA PARKWAY<br>VALLEJO, CA 94590<br>PHONE: 701-551-2730<br>FAX: 707-551-2957 | MEYER CORP. U.S.<br>1 MEYER PLAZA<br>525 CURTOLA PARKWAY<br>VALLEJO, CA 94590<br>PHONE: 701-551-2730<br>FAX: 707-551-2957 | TRADE | | $1,768,761.41 |
| AMERICAN FIBER IND.<br>SPRING GLOBAL<br>205 N WHITE STREET<br>FORT MILL, SC 29715<br>PHONE: 803-574-1500<br>FAX: 803-547-1636 | AMERICAN FIBER IND.<br>SPRING GLOBAL<br>205 N WHITE STREET<br>FORT MILL, SC 29715<br>PHONE: 803-574-1500<br>FAX: 803-547-1636 | TRADE | | $1,627,835.77 |
| KITCHEN AID PORTABLE<br>APPLIANCE<br>2000 N M63<br>BENTON HARBOR, MI 49022<br>PHONE: 269-923-5000<br>FAX: 269-923-3525 | KITCHEN AID PORTABLE<br>APPLIANCE<br>2000 N M63<br>BENTON HARBOR, MI 49022<br>PHONE: 269-923-5000<br>FAX: 269-923-3525 | TRADE | | $1,624,347.36 |
| WYTHE-WILL DISTRBUTING<br>LLC<br>3612 LAGRANGE PARKWAY<br>TOANO, VA 23168<br>PHONE: 757-565-0351<br>FAX: 757-565-3755 | WYTHE-WILL DISTRBUTING<br>LLC<br>3612 LAGRANGE PARKWAY<br>TOANO, VA 23168<br>PHONE: 757-565-0351<br>FAX: 757-565-3755 | TRADE | | $1,575,768.55 |
| PACIFIC COAST FEATHER<br>COMPANY<br>P.O. BOX 80385/1964<br>FOURTH AVENUE SOUTH<br>SEATTLE, WA 98108<br>PHONE: 206-336-2453<br>FAX: 206-625-9783 | PACIFIC COAST FEATHER<br>COMPANY<br>P.O. BOX 80385/1964<br>FOURTH AVENUE SOUTH<br>SEATTLE, WA 98108<br>PHONE: 206-336-2453<br>FAX: 206-625-9783 | TRADE | | $1,559,199.84 |

| (1)<br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code of employee, agents, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contracts, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5)<br>Amount of claim (secured also state value of security) |
|---|---|---|---|---|
| VICTORIA CLASSICS IMPORT<br>2170 RT #27<br>EDISON, NJ 08817<br>FAX: 212-213-5073 | VICTORIA CLASSICS IMPORT<br>2170 RT #27<br>EDISON, NJ 08817<br>FAX: 212-213-5073 | TRADE | | $1,393,881.66 |
| INDIA INK<br>C/O AMY BASEM<br>2457 E 27TH ST<br>LOS ANGELES, CA 90058<br>PHONE: 323-277-8400<br>FAX: 213-589-9321 | INDIA INK<br>C/O AMY BASEM<br>2457 E 27TH ST<br>LOS ANGELES, CA 90058<br>PHONE: 323-277-8400<br>FAX: 213-589-9321 | TRADE | | $1,344,263.11 |
| NASSAU CANDY DISTRIBUTORS INC<br>JEFF NORRIS<br>530 WEST JOHN ST<br>HICKSVILLE, NY 11801<br>PHONE: 516-433-7100<br>FAX: 516-433-9010 | NASSAU CANDY DISTRIBUTORS INC<br>JEFF NORRIS<br>530 WEST JOHN ST<br>HICKSVILLE, NY 11801<br>PHONE: 516-433-7100<br>FAX: 516-433-9010 | TRADE | | $1,311,801.25 |
| INTERDESIGN,INC.<br>30725 SOLON INDUSTRIAL PARKWAY<br>SOLON, OH 44139<br>PHONE: 440-248-0178<br>FAX: 440-248-9358 | INTERDESIGN,INC.<br>30725 SOLON INDUSTRIAL PARKWAY<br>SOLON, OH 44139<br>PHONE: 440-248-0178<br>FAX: 440-248-9358 | TRADE | | $1,219,999.17 |
| SOURCING NETWORK SALES LLC IMPORT<br>JAMES YOUNG<br>DBA PANDIGITAL LAMORINDA DISTR<br>6300 VILLAGE PKWY, SUITE 10<br>DUBLIN, CA 94568<br>PHONE: 925-833-7898<br>FAX: 925-833-7899 | SOURCING NETWORK SALES LLC IMPORT<br>JAMES YOUNG<br>DBA PANDIGITAL LAMORINDA DISTR<br>6300 VILLAGE PKWY, SUITE 10<br>DUBLIN, CA 94568<br>PHONE: 925-833-7898<br>FAX: 925-833-7899 | TRADE | | $1,217,744.41 |
| LIZ CLAIBORNE DIV.OF AMERICAN<br>3901 GANTZ RD., SUITE A<br>GROVE CITY, OH 43123<br>PHONE: 614-871-2400<br>FAX: 614-871-2422 | LIZ CLAIBORNE DIV.OF AMERICAN<br>3901 GANTZ RD., SUITE A<br>GROVE CITY, OH 43123<br>PHONE: 614-871-2400<br>FAX: 614-871-2422 | TRADE | | $1,217,603.89 |
| RICHLOOM HOME FASHIONS - IMPORT<br>261 5TH AVENUE, 12TH FLOOR<br>NEW YORK, NY 10016<br>PHONE: 212-685-5400<br>FAX: 212-703-3470 | RICHLOOM HOME FASHIONS - IMPORT<br>261 5TH AVENUE, 12TH FLOOR<br>NEW YORK, NY 10016<br>PHONE: 212-685-5400<br>FAX: 212-703-3470 | TRADE | | $1,213,672.38 |
| S LICHTENBERG & CO., INC<br>295 FIFTH AVENUE<br>NEW YORK, NY 10016<br>PHONE: 212-689-4510<br>FAX: 212-689-4517 | S LICHTENBERG & CO., INC<br>295 FIFTH AVENUE<br>NEW YORK, NY 10016<br>PHONE: 212-689-4510<br>FAX: 212-689-4517 | TRADE | | $1,177,175.81 |
| CHF INDUSTRIES INC IMPORT<br>FORMERLY CAMEO CURTAINS INC<br>ONE PARK AVENUE, 9TH FLOOR<br>NEW YORK, NY 10016<br>PHONE: 212-951-7800<br>FAX: 212-951-8001 | CHF INDUSTRIES INC IMPORT<br>FORMERLY CAMEO CURTAINS INC<br>ONE PARK AVENUE, 9TH FLOOR,<br>NEW YORK, NY 10016<br>PHONE: 212-951-7800<br>FAX: 212-951-8001 | TRADE | | $1,133,872.9 |

| (1)<br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code of employee, agents, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contracts, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5)<br>Amount of claim (secured also state value of security) |
|---|---|---|---|---|
| QUEST SALES & SERVICES INC<br>ANGIE GERBER<br>1400 RAFF RD<br>CANTON, OH 44750<br>PHONE: 800-348-5890<br>FAX: 330-478-2203 | QUEST SALES & SERVICES INC<br>ANGIE GERBER<br>1400 RAFF RD<br>CANTON, OH 44750<br>PHONE: 800-348-5890<br>FAX: 330-478-2203 | TRADE | | $1,100,468.33 |
| CALPHALON CORP.<br>C/O NEWELL RUBBERMAID<br>29 EAST STEPHENSON STREET<br>FREEPORT, IL 61032<br>PHONE: 815-235-4171<br>FAX: 800-795-2178 | CALPHALON CORP.<br>C/O NEWELL RUBBERMAID<br>29 EAST STEPHENSON STREET<br>FREEPORT, IL 61032<br>PHONE: 815-235-4171<br>FAX: 800-795-2178 | TRADE | | $1,067,108.2 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **LINENS HOLDING CO.,** | ) | **Case No. 08-_____ (    )** |
| **a Delaware corporation,** | ) | |
| | ) | |
| **Debtor.** | ) | |
| | ) | |
| **Tax I.D. No. 20-4192917** | ) | |

## DECLARATION CONCERNING THE DEBTOR'S LIST OF CREDITORS
## HOLDING THE THIRTY LARGEST UNSECURED CLAIMS

I, Francis M. Rowan, Senior Vice President and the Chief Financial Officer of Linens Holding Co., declare under penalty of perjury that I have reviewed the foregoing List of Creditors Holding the Thirty Largest Unsecured Claims and that the information contained therein is true and correct to the best of my information and belief.

Dated: May 2, 2008

Name:   Francis M. Rowan
Title:     Senior Vice President and the Chief
             Financial Officer

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LINENS HOLDING CO., | ) | Case No. 08-_____ (    ) |
| a Delaware corporation, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No.  20-4192917 | ) | |

## LIST OF EQUITY SECURITY HOLDERS

The Equity Security Holders for the Debtor in the above-captioned case are:

| Name | Address | Equity Holdings |
|---|---|---|
| F. David Coder | 6 Brighton Road<br>Clifton, NJ  07015 | .0231% (3.000 shares) |
| Robert J. DiNicola | 6 Brighton Road<br>Clifton, NJ  07015 | .3074% (40,000 shares) |
| George G. Golleher | 6 Brighton Road<br>Clifton, NJ  07015 | .0768% (10,000 shares) |
| Linens Investors, LLC | c/o Apollo Management V, L.P.<br>Two Manhattanville Road<br>Purchase, New York 10577 | 99.5927% (12,960,000 shares) |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | )    Chapter 11 |
| | ) |
| LINENS HOLDING CO., | )    Case No. 08-_____ (   ) |
| a Delaware corporation, | ) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No.  20-4192917 | ) |

### DECLARATION CONCERNING THE DEBTOR'S LIST
### OF EQUITY SECURITY HOLDERS

       I, Francis M. Rowan, Senior Vice President and the Chief Financial Officer of Linens Holding Co., declare under penalty of perjury that I have reviewed the foregoing List of Equity Security Holders and that the information contained therein is true and correct to the best of my information and belief.

Dated:  May 2, 2008

          Name:  Francis M. Rowan
          Title:  Senior Vice President and the Chief
                 Financial Officer