IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LINENS HOLDING CO., et al., | : | Case No. 08-10832 (CSS) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |
| | : | |
| | : | |

**NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002**

**PLEASE TAKE NOTICE** that the Ad Hoc Committee of Secured Noteholders, parties in interest in the above-captioned cases, hereby appear by their counsel, Kasowitz, Benson, Torres & Friedman LLP ("Kasowitz") and Pachulski Stang Ziehl & Jones LLP ("PSZJ"). Kasowitz and PSZJ hereby enter their appearances pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and request that the undersigned be added to the official mailing matrix and service lists in these cases. Kasowitz and PSZJ request, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in these chapter 11 cases and copies of all papers served or required to be served in these chapter 11 cases, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 11 plans, disclosure statements and all other matters arising herein or in any related adversary proceeding, be given and served upon the Ad

Hoc Committee of Secured Noteholders through service upon Kasowitz <u>and</u> PSZJ, at the addresses, telephone, and facsimile numbers set forth below:

| | |
|---|---|
| Laura Davis Jones, Esquire | David M. Friedman, Esquire |
| Timothy P. Cairns, Esquire | Adam L. Shiff, Esquire |
| Pachulski Stang Ziehl & Jones LLP | Daniel A. Fliman, Esquire |
| 919 N. Market Street, 17th Floor | Kasowitz, Benson, Torres & Friedman LLP |
| P.O. Box 8705 | 1633 Broadway |
| Wilmington, DE 19899-8705 | New York, New York 10019 |
| (Courier 19801) | Telephone: (212) 506-1700 |
| Telephone: (302) 652-4100 | Facsimile: (212) 506-1800 |
| Facsimile: (302) 652-4400 | Electronic Mail: |
| Electronic Mail: | dfriedman@kasowitz.com |
| ljones@pszjlaw.com | ashiff@kasowitz.com |
| tcairns@pszjlaw.com | dfliman@kasowitz.com |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in this case, whether formal or informal, written or oral, and whether served, transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that this *Notice of Appearance and Request for Service Pursuant to Fed. R. Bankr. P. 2002* shall not be deemed or construed to be a waiver of any of the rights of any member of the Ad Hoc Committee of Secured Noteholders, including, without limitation, to (i) have final orders in non-core matters entered only after *de novo* review by a higher court, (ii) trial by jury in any proceeding so triable in this case, or any case, controversy, or adversary proceeding related to this case, (iii) have the reference withdrawn in any matter subject to mandatory or discretionary

withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which the members of the Ad Hoc Committee of Secured Noteholders may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: May 2, 2008

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Laura Davis Jones*

Laura Davis Jones (Bar No. 2436)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

And

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
David M. Friedman, Esquire
Adam L. Shiff, Esquire
Daniel A. Fliman, Esquire
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

Co-Counsel to the Ad Hoc Committee of Secured Noteholders