UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| LINENS HOLDING CO., *et al.*[1] | Case No. 08-10832 (CSS) |
| Debtors. | (Jointly Administered) |

ENTRY OF APPEARANCE, REQUEST FOR MATRIX ENTRY,
AND REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS

**PLEASE TAKE NOTICE THAT** Emmes Asset Management Company LLC and its related entities ("Emmes"), a party-in-interest in the above-captioned case, hereby appears in the above-captioned case by its counsel, Smith, Katzenstein & Furlow LLP, and such counsel hereby enters its appearance pursuant to § 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b), and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and §§ 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon it at the following address and telecopy and telephone number:

Kathleen M. Miller
Smith, Katzenstein & Furlow
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899
Courier: 19801
Telephone: 302-652-8400
Telecopy: 302-652-8405
E-mail:Kmiller@skfdelaware.com

---

[1] The Debtors in these cases, along with the last four digits of the federal tax identification number for each of the Debtors, are Linens Holding Co. (2917), Linens 'n Things, Inc. (3939), Linens 'n Things Center, Inc. (0308), Bloomington, MN., L.T., Inc. (8498), Vendor Finance, LLC (5543), LNL, Inc. (4668), LNT Services, Inc. (2093), LNT Leasing II, LLC (4182), LNT West, Inc. (1975), LNT Virginia LLC (9453), LNT Merchandising Company LLC (2616), LNT Leasing III, LLC (3599) and Citadel LNT, LLC (2479).

{08252}

September 12, 2008          SMITH, KATZENSTEIN & FURLOW, LLP

/s/ Kathleen M. Miller
Kathleen M. Miller (I.D. No. 2898)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899
Telephone: 302-652-8400
Telecopy: 302-652-8405
e-mail: Kmiller@skfdelaware.com
*Attorneys for Emmes Asset Management Company LLC*

{08252}

## CERTIFICATE OF SERVICE

I hereby certify that on this **12**th day of September, 2008 a copy of the foregoing ENTRY OF APPEARANCE, REQUEST FOR MATRIX ENTRY, AND REQUEST FOR SERVICE OF PAPERS was served on the following parties by first class mail:

Mark D. Collins, Esquire
Michael J. Merchant, Esquire
John H. Knight, Esquire
RICHARDS, LAYTON & FINGER, P.A.
920 N. King Street
Wilmington, DE 19801
*Debtors' Counsel*

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

/s/Kathleen M. Miller
Kathleen M. Miller (I.D. No. 2898)

{08252}