# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| LINENS HOLDING CO., et al.,[1] | ) Case No. 08-10832 (CSS) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) Bid Procedures Hearing Date (Requested): |
| | ) T.B.D. |
| | ) Bid Procedures Objection Deadline (Requested): |
| | ) T.B.D. |
| | ) Sale Objection Deadline (Requested): |
| | ) January 13, 2009 at 4:00 p.m. |
| | ) Sale Hearing (Requested): |
| | ) January 16, 2009 at 10:30 a.m. |

## NOTICE OF MOTION AND HEARING

PLEASE TAKE NOTICE that, on December 22, 2008, the above captioned debtors and debtors in possession (collectively, the "Debtors") filed the **Motion of the Debtors and Debtors in Possession for Orders: (A) (1) Approving Bidding Procedures with Respect to Sale of Certain IP Assets, (2) Approving Bid Protections with Respect to Stalking Horse Bidder, (3) Setting Sale Hearing Date and (4) Approving Form and Manner of Notice Thereof; and (B) (1) Approving and Authorizing Sale of IP Assets to Highest or Best Bidder Free and Clear of All Liens, Interests, Claims and Encumbrances and (2) Waiving the Requirements of Bankruptcy Rule 6004(h) Pursuant to Sections 105, 363, and 365 of the Bankruptcy Code** (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that, contemporaneous with the filing of

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the Debtors, are Linens Holding Co. (2917), Linens 'n Things, Inc. (3939), Linens 'n Things Center, Inc. (0138), Bloomington, MN., L.T., Inc. (8498), Vendor Finance, LLC (5543), LNT, Inc. (4668), LNT Services, Inc. (2093), LNT Leasing II, LLC (4182), LNT West, Inc. (1975), LNT Virginia LLC (9453), LNT Merchandising Company LLC (2616), LNT Leasing III, LLC (3599) and Citadel LNT, LLC (2479).

the Motion, the Debtors also filed the **Motion to Shorten Notice Period and Approve the Form and Manner of Notice and Request for Expedited Hearing** (the "Motion to Shorten"), pursuant to which the Debtors have requested approval of a shortened notice period and objection deadline relating to certain procedural relief requested in the Motion (the "Procedural Relief"). In the Motion to Shorten, the Debtors have requested (i) that a hearing to consider the Procedural Relief requested in the Motion and any objections in connection therewith be held before The Honorable Christopher S. Sontchi, United States Bankruptcy Judge for the District of Delaware at the Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on or about January 8, 2009 and (ii) that objections to the Procedural Relief requested in the Motion, if any, be filed and served so as to be received by the undersigned on or before 4:00 p.m. on the second business day before the hearing.

PLEASE TAKE FURTHER NOTICE that when the Bankruptcy Court enters an order on the Motion to Shorten, parties in interest will receive separate notice of the court-approved objection deadline and hearing date for the Motion.

Dated: December 22, 2008
       Wilmington, Delaware

Respectfully submitted,

*/s/ Katherine Good/*

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Jason M. Madron (No. 4431)
Christopher M. Samis (No. 4909)
L. Katherine Good (No. 5101)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

*Attorneys for the Debtors and
Debtors-in-Possession*