# UNITED STATES BANKRUPTCY COURT

District of Delaware
In re: **Linens Holding Co., et al.**, Case No: 08-10832

## NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferees hereby give notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claims referenced in this notice

| | |
|---|---|
| Name of Transferee<br>**See "Transferee" column on Schedule 1.** | Name of Transferor<br>**See "Transferor" column on Schedule 1.** |
| Name and Address where notices and payments to transferees should be sent<br>**CVS**<br>**One CVS Drive**<br>**Woonsocket, RI 02895**<br>Phone:<br>**(401) 765-1500** | Court Record Address of Transferor<br>(Court Use Only)<br><br><br>Last Four Digits of Acct. #: ____<br><br>Name and Current Address of Transferor<br>**See Schedule 2 for contact information.**<br><br><br>Phone:<br><br><br>Court Claim # (if known):<br><br>Date Claim Filed: |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ ⟨signature⟩                                    Date: 2 - 9 - 10
Transferees/Transferees' Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571

---

**-- DEADLINE TO OBJECT TO TRANSFER --**

The transferors of claim named above are advised that this Notice of Transfer of Claims Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferees will be substituted as the original claimants without further order of the court.

Date: _____

_____
CLERK OF THE COURT

## Schedule 1
## CVS/Linens Transfer of Claims Chart
as of January 31, 2010

| LNT Store No. | Proof of Claim No. | Debtor | Case No. | Transferor - Original Claim Holder | Transferee - CVS Entity | Admin. Claim | Unsecured Claim |
|---|---|---|---|---|---|---|---|
| 362 | 4363 | Linens Holding Co. | 08-10832 | North Wales Crossing Associates Ltd | CVS Caremark Corporation | $44,048.09 | $658,719.44 |
| 380 | 2749<br>3391<br>4710<br>4948 | LNT, Inc.<br>LNT, Inc.<br>LNT, Inc.<br>Linens Holding Co. | 08-10837<br>08-10837<br>08-10837<br>08-10832 | Inland US Management, LLC | CVS Pharm. | $132,713.64 | $504,594.95 |
| 391 | No LL POC; CVS/Melville filed protective POCs 3619 through 3624, 3666 through 3671, and 3658 through 3663 | Linens Holding Co.<br>Linens 'n Things, Inc.<br>Linens 'n Things Center, Inc.<br>Bloomington MN, L.T., Inc.<br>LNT, Inc.<br>LNT West, Inc. | 08-10832<br>08-10833<br>08-10834<br>08-10835<br>08-10837<br>08-10840 | Mission Viejo Gateway, Inc. | CVS Caremark Corporation | | $989,471.27 |

Evidence of Transfer Available Upon Request

| LNT Store No. | Proof of Claim No. | Debtor | Case No. | Transferor - Original Claim Holder | Transferee - CVS Entity | Admin. Claim | Unsecured Claim |
|---|---|---|---|---|---|---|---|
| 397 | 2563 | Linens Holding Co. | 08-10832 | Preston Park Partners Ltd. | CVS Pharm. | | |
| | 3157 | Linens Holding Co. | 08-10832 | | | | |
| | 3572 | LNT Services, Inc. | 08-10838 | | | | |
| | 3573 | LNT, Inc. | 08-10837 | | | | |
| | 3574 | Vendor Finance LLC | 08-10836 | | | | |
| | 3575 | Bloomington MN., L.T., Inc. | 08-10835 | | | | |
| | 3576 | Linens 'n Things Center, Inc. | 08-10834 | | | | |
| | 3577 | Linens 'n Things, Inc. | 08-10833 | | | | |
| | 3578 | Linens Holding Co. | 08-10832 | | | | |
| | 3579 | Citadel LNT LLC | 08-10844 | | | | |
| | 3580 | LNT Leasing III LLC | 08-10843 | | | | |
| | 3581 | LNT Merchandising Co. LLC | 08-10842 | | | | |
| | 3582 | LNT Virginia LLC | 08-10841 | | | | |
| | 3583 | LNT West, Inc. | 08-10840 | | | | |
| | 3584 | LNT Leasing II LLC | 08-10839 | | | | |
| | 4543 | LNT West, Inc. | 08-10840 | | | | |
| | 4546 | Linens Holding Co. | 08-10832 | | | | |
| 415 | 1277 | Linens Holding Co. | 08-10832 | West Covina Group Retail LLC | CVS Pharm. | $38,497.71 | $643,551.41 |
| 421 | 4792 | LNT, Inc. | 08-10837 | Slater Springfield Partners, LLC | CVS Pharm. | $14,950.19 | $630,368.20 |
| 433 | 4071 | Linens Holding Co. | 08-10832 | MGAC Associates | CVS Pharm. | $35,234.06 | $1,707,404.50 |
| 443 | 2338 | LNT West, Inc. | 08-10840 | HWP Parks Arlington II, Ltd | CVS Pharm. | $35,465.99 | $567,084.56 |
| | 4276 | LNT West, Inc. | 08-10840 | | | | |
| | 4805 | LNT West, Inc. | 08-10840 | | | | |
| | 4939 | Linens Holding Co. | 08-10832 | | | | |
| 449 | 4365 | Linens Holding Co. | 08-10832 | Southmont Associates of Willow Grove, L.P. Co., et al | CVS Pharm. | $57,528.41 | $765,809.47 |
| 452 | 306 | Linens Holding Co. | 08-10832 | TOWN & COUNTRY PARTNERSHIP | CVS Pharm. | $232,016.64 | $701,749.05 |
| | 4794 | | | | | | |
| 483 | 1434 | LNT, Inc. | 08-10837 | Fidelity Totowa Associates, LLC | CVS Pharm. | $33,666.78 | $1,218,497.42 |
| | 4791 | | | | | | |

Evidence of Transfer Available Upon Request

| LNT Store No. | Proof of Claim No. | Debtor | Case No. | Transferor - Original Claim Holder | Transferee - CVS Entity | Admin. Claim | Unsecured Claim |
|---|---|---|---|---|---|---|---|
| 488 | 2562 | Linens Holding Co. | 08-10832 | | | | |
| | 3156 | Linens Holding Co. | 08-10832 | | | | |
| | 3527 | Citadel LNT, Inc. | 08-10844 | | | | |
| | 3528 | LNT Leasing III LLC | 08-10843 | | | | |
| | 3529 | LNT Merchandising LLC | 08-10842 | | | | |
| | 3530 | LNT Virginia LLC | 08-10841 | | | | |
| | 3531 | LNT West, Inc. | 08-10840 | | | | |
| | 3532 | LNT Leasing II LLC | 08-10839 | | | | |
| | 3533 | LNT Services, Inc. | 08-10838 | Galleria Alpha Plaza Ltd. | CVS Pharm. | | |
| | 3534 | LNT, Inc. | 08-10837 | | | | |
| | 3535 | Vendor Finance LLC | 08-10836 | | | | |
| | 3536 | Bloomington MN., L.T., Inc. | 08-10835 | | | | |
| | 3537 | Linens 'n Things Center, Inc. | 08-10834 | | | | |
| | 3538 | Linens 'n Things, Inc. | 08-10833 | | | | |
| | 3539 | Linens Holding Co. | 08-10832 | | | | |
| | 4545 | LNT West, Inc. | 08-10840 | | | | |
| | 4547 | Linens Holding Co. | 08-10832 | | | $70,914.06 | $1,739,546.99 |
| 502 | 1803 | LNT, Inc. | 08-10837 | | | | |
| | 3399 | LNT, Inc. | 08-10837 | | | | |
| | 3810 | LNT, Inc. | 08-10837 | 260 Needham Street Associates | CVS Pharm. | | |
| | 4843 | LNT, Inc. | 08-10837 | | | | |
| | 4892 | Linens Holding Co. | 08-10832 | | | $122,749.15 | $1,073,921.49 |
| 511 | 3924 | LNT, Inc. | 08-10837 | ATMF II, Inc. | CVS Pharm. | | |
| | 3925 | LNT West, Inc. | 08-10840 | | | $69,694.62 | $712,293.65 |
| 514 | 3908 | Linens Holding Co. | 08-10832 | Alderwood Parkway Plaza Limited Partnership | CVS Caremark Corporation | $55,099.25 | $844,804.66 |

Evidence of Transfer Available Upon Request

# Schedule 2
## CVS POC CLAIMANT
### CONTACT INFORMATION

| LNT Store No. | Claimant Contact Info. | LNT Store No. | Claimant Contact Info. |
|---|---|---|---|
| 362 | North Wales Crossing Associates, Ltd.<br>c/o Allen B. Dubroff, Esquire<br>Friedman Schuman Applebaum Nemeroff & McCaffrey, P.C.<br>101 Greenwood Avenue, Fifth Floor<br>Jenkintown, PA 19046 | 380 | Inland Western Town and Country Manchester, LLC<br>Inland US Management, LLC<br>c/o Bert Bittourna, Esquire<br>Inland Real Estate Group<br>2901 Butterfield Road, 3rd Floor<br>Oak Brook, IL 60523<br>Tel: 630-218-8000 |
| 391 | Mission Viejo Gateway, Inc.<br>c/o Primeland Management Co.<br>Attn: Michael Farzinpour<br>1801 Avenue of the Stars, Suite 1404<br>Los Angeles, CA 90067<br>Tel: 310-788-5858 | 397 | Preston Park Partners, Ltd.<br>c/o Lynnette R. Warman<br>Hunton & Williams LLP<br>1445 Ross Avenue, Suite 3700<br>Dallas, TX 75202<br>Tel: 214-468-3393 |
| 415 | West Covina Group Retail, LLC<br>c/o Hamburg, Karic, Edwards & Martin LLP<br>J. Bennett Friedman, Esquire<br>1900 Avenue of the Stars, Suite 1800<br>Los Angeles, CA 90067-4409<br>Tel: 310-552-9292 | 421 | Slater Springfield Partners, LLC<br>c/o Gary N. Marks, Esquire<br>Norris, McLaughlin & Marcus, PA<br>721 Route 202-206 North<br>Bridgewater, NJ 08807<br>Tel: 908-722-0700 |
| 433 | MGAC Associates<br>600 Grant Street, Suite 3010<br>Pittsburgh, PA 15219<br>Attn: Sarah Piccione<br>Tel: 412-394-9803 | 443 | HWP Parks Arlington II, Ltd.<br>c/o Clayton T. Hufft<br>Vinson & Elkins L.L.P.<br>Trammell Crow Center<br>2001 Ross Avenue, Suite 3700<br>Dallas, TX 75201<br>Tel: 214-220-7700 |
| 449 | Southmont Associates<br>c/o Allen B. Dubroff, Esquire<br>Friedman Schuman Applebaum Nemeroff & McCaffery, P.C.<br>101 Greenwood Avenue, Fifth Floor<br>Jenkintown, PA 19046<br>Tel: 215-635-7200 | 452 | Town & Country Partnership<br>c/o Frederick S. "Field" Hudgens<br>Hoover Slovacek LLP<br>5847 San Felipe, Suite 2200<br>Houston, TX 77057<br>Tel: 713-977-8686 |
| 483 | Fidelity Totowa Associates, LLC<br>c/o Gary N. Marks<br>Norris, McLaughlin & Marcus, PA<br>721 Route 202-206 North<br>Bridgewater, NJ 08807<br>Tel: 908-722-0700 | 488 | Galleria Alpha Plaza, Ltd.<br>c/o Lynnette R. Warman<br>Hunton & Williams LLP<br>1445 Ross Avenue, Suite 3700<br>Dallas, TX 75202<br>Tel: 214-468-3393 |
| 502 | Northland 260 Needham LLC<br>c/o Paul W. Carey<br>Mirick, O'Connell, DeMallie & Lougee, LLP<br>100 Front Street<br>Worcester, MA 01608-1477<br>Tel: 508-791-8500 | 511 | ATMF II, Inc.<br>c/o Joseph R. Sgroi<br>Honigman Miller Schwartz and Cohn LLP<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226<br>Tel: 313-465-7570 |

1051437.1 2/9/2010

| LNT Store No. | Claimant Contact Info. | LNT Store No. | Claimant Contact Info. |
|---|---|---|---|
| 514 | Alderwood Parkway Plaza Limited Partnership c/o Craig Goldsmith, VP Coast Real Estate Services 2829 Rucker Avenue, Suite 100 Everett, WA 98201 Tel: 425-252-5692 | | |