IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LINENS HOLDING CO., et al.,[1] | ) | Case No. 08-10832 (CSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON FEBRUARY 19, 2010 AT 10:00 A.M.[2]

I. **SCHEDULING CONFERENCES GOING FORWARD:**

1. Linens Holding Co., et. al., v. [See Attached Exhibit A]

    Objections/Responses Received: None at this time.

    Related Documents:

    i. Status Report [Filed on 2/17/10 in each of the Adversary Proceedings attached hereto on Exhibit A]

    Status: The Court will hold a scheduling conference in these matters pursuant to local rule 7016-1. Plaintiffs intend to present a proposed form of scheduling order for entry at the scheduling conferences.

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the Debtors, are Linens Holding Co. (2917), Linens 'n Things, Inc. (3939), Linens 'n Things Center, Inc. (0138), Bloomington, MN., L.T., Inc. (8498), Vendor Finance, LLC (5543), LNT, Inc. (4668), LNT Services, Inc. (2093), LNT Leasing II, LLC (4182), LNT West, Inc. (1975), LNT Virginia LLC (9453), LNT Merchandising Company LLC (2616), LNT Leasing III, LLC (3599) and Citadel LNT, LLC (2479).

[2] The hearing will be held before The Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801. Any party who wishes to appear telephonically at the February 19, 2010 hearing must contact COURTCALL, LLC at 866-582-6878 **prior to 12:00 p.m. (noon) (Eastern Standard Time) on Thursday, February 18, 2010** in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009*.

II. **CONTINUED MATTERS:**

2. Motion of the Ad Hoc Noteholder Committee to Effectuate Adequate Protection Provisions of Final DIP Order and to Approve Terms of Retention of Houlihan Lokey Howard & Zukin Capital, Inc., as Financial Advisor to the Ad Hoc Noteholder Committee *Nunc Pro Tunc* to the Petition Date [Docket No. 1036; filed 7/25/08]

    Response Deadline: August 7, 2008 at 4:00 p.m.; extended to January 15, 2010 at 10:00 a.m. for certain parties

    Objections/Responses Received:

    A. Acting United States Trustee's Objection to Motion of the Ad Hoc Noteholder Committee to Effectuate Adequate Protection Provisions of Final DIP Order and to Approve Terms of Retention of Houlihan Lokey Howard & Zukin Capital, Inc., as Financial Advisor to the Ad Hoc Noteholder Committee *Nunc Pro Tunc* to the Petition Date [Docket No. 1087; filed 8/7/08]

    Related Documents: None to date.

    Status: The *Ad Hoc* Noteholder Committee is in the process of addressing and resolving certain formal and informal responses with respect to this matter. The hearing on this matter has been continued to March 15, 2010 at 10:00 a.m.

3. Motion of Amreit River Valley, LP Pursuant to 11 U.S.C. § 503(b) and 365(d)(3) of the Bankruptcy Code for Allowance and Payment of Post Petition Rental Obligations as Administrative Expense [Docket No. 4087; filed 4/7/09]

    Response Deadline: May 8, 2009 at 4:00 p.m.

    Objections/Responses Received:

    A. Omnibus Objection of the Ad Hoc Noteholder Committee to (A) Motions by Landlords Seeking Immediate Payment of Rent and Related Occupancy Expenses Incurred During the Period from May 2, 2008 to May 31, 2008 and (B) Motion of CVS Caremark Corporation, CVS Pharmacy, Inc. and Their Affiliates for Reimbursement of Certain Obligations Incurred with Respect to Same [Docket No. 1967; filed 10/24/08]

2

B. Joinder of The Bank of New York Mellon, As Trustee, to the Omnibus Objection of the Ad Hoc Noteholder Committee to (A) Motions by Landlords Seeking Immediate Payment of Rent and Related Occupancy Expenses Incurred During the Period from May 2, 2008 to May 31, 2008 and (B) Motion of CVS Caremark Corporation, CVS Pharmacy, Inc. and Their Affiliates for Reimbursement of Certain Obligations Incurred with Respect to Same [Docket No. 1974; filed 10/24/08]

C. Supplement to Omnibus Objection of the Ad Hoc Committee [Docket No. 2088; filed 11/6/08]

D. Twelfth Omnibus Response of Debtors and Debtors in Possession to Motions of Landlords for Allowance and Payment of Alleged Administrative Expense Claims Pursuant to Sections 365(d)(3) and 503(b) of the Bankruptcy Code [Docket No. 4375; filed 5/8/09]

Related Documents: None to date.

Status: The hearing on this matter has been continued to March 15, 2010 at 10:00 a.m.

4. Motion of Amreit MacArthur Park, LP Pursuant to 11 U.S.C.§ 503(b) and 365(d)(3) of the Bankruptcy Code for Allowance and Payment of Post Petition Rental Obligations as Administrative Expense [Docket No. 4088; filed 4/7/09]

Response Deadline: May 8, 2009 at 4:00 p.m.

Objections/Responses Received:

A. Omnibus Objection of the Ad Hoc Noteholder Committee to (A) Motions by Landlords Seeking Immediate Payment of Rent and Related Occupancy Expenses Incurred During the Period from May 2, 2008 to May 31, 2008 and (B) Motion of CVS Caremark Corporation, CVS Pharmacy, Inc. and Their Affiliates for Reimbursement of Certain Obligations Incurred with Respect to Same [Docket No. 1967; filed 10/24/08]

B. Joinder of The Bank of New York Mellon, As Trustee, to the Omnibus Objection of the Ad Hoc Noteholder Committee to (A) Motions by Landlords Seeking Immediate Payment of Rent and Related Occupancy Expenses Incurred During the Period from May 2, 2008 to May 31, 2008 and (B) Motion of CVS Caremark Corporation, CVS Pharmacy, Inc. and Their Affiliates for Reimbursement of Certain Obligations Incurred with Respect to Same [Docket No. 1974; filed 10/24/08]

C.  Supplement to Omnibus Objection of the Ad Hoc Committee [Docket No. 2088; filed 11/6/08]

D.  Twelfth Omnibus Response of Debtors and Debtors in Possession to Motions of Landlords for Allowance and Payment of Alleged Administrative Expense Claims Pursuant to Sections 365(d)(3) and 503(b) of the Bankruptcy Code [Docket No. 4375; filed 5/8/09]

Related Documents: None to date.

Status: The hearing on this matter has been continued to March 15, 2010 at 10:00 a.m.

5.  Motion of CREA PPC Longbeach Towne Center PO LLC for Allowance and Payment of Administrative Expenses Pursuant to 11 U.S.C.§ 503(b)(1) [Docket No. 4135; filed 4/13/09]

    Response Deadline: May 7, 2009 at 4:00 p.m.

    Objections/Responses Received:

    A.  Omnibus Objection of the Ad Hoc Noteholder Committee to (A) Motions by Landlords Seeking Immediate Payment of Rent and Related Occupancy Expenses Incurred During the Period from May 2, 2008 to May 31, 2008 and (B) Motion of CVS Caremark Corporation, CVS Pharmacy, Inc. and Their Affiliates for Reimbursement of Certain Obligations Incurred with Respect to Same [Docket No. 1967; filed 10/24/08]

    B.  Joinder of The Bank of New York Mellon, As Trustee, to the Omnibus Objection of the Ad Hoc Noteholder Committee to (A) Motions by Landlords Seeking Immediate Payment of Rent and Related Occupancy Expenses Incurred During the Period from May 2, 2008 to May 31, 2008 and (B) Motion of CVS Caremark Corporation, CVS Pharmacy, Inc. and Their Affiliates for Reimbursement of Certain Obligations Incurred with Respect to Same [Docket No. 1974; filed 10/24/08]

    C.  Supplement to Omnibus Objection of the Ad Hoc Committee [Docket No. 2088; filed 11/6/08]

    D.  Eleventh Omnibus Response of Debtors and Debtors in Possession to Motions of Landlords for Allowance and Payment of Alleged Administrative Expense Claims Pursuant to Sections 365(d)(3) and 503(b) of the Bankruptcy Code [Docket No. 4370; filed 5/7/09]

4

Related Documents: None to date.

Status: The hearing on this matter has been continued to March 15, 2010 at 10:00 a.m.

6. Motion of Cerritos Towne Center, LLC for Allowance and Payment of Administrative Expenses Pursuant to 11 U.S.C.§ 503(b)(1) [Docket No. 4138; filed 4/13/09]

   Response Deadline: May 7, 2009 at 4:00 p.m.

   Objections/Responses Received:

   A. Omnibus Objection of the Ad Hoc Noteholder Committee to (A) Motions by Landlords Seeking Immediate Payment of Rent and Related Occupancy Expenses Incurred During the Period from May 2, 2008 to May 31, 2008 and (B) Motion of CVS Caremark Corporation, CVS Pharmacy, Inc. and Their Affiliates for Reimbursement of Certain Obligations Incurred with Respect to Same [Docket No. 1967; filed 10/24/08]

   B. Joinder of The Bank of New York Mellon, As Trustee, to the Omnibus Objection of the Ad Hoc Noteholder Committee to (A) Motions by Landlords Seeking Immediate Payment of Rent and Related Occupancy Expenses Incurred During the Period from May 2, 2008 to May 31, 2008 and (B) Motion of CVS Caremark Corporation, CVS Pharmacy, Inc. and Their Affiliates for Reimbursement of Certain Obligations Incurred with Respect to Same [Docket No. 1974; filed 10/24/08]

   C. Supplement to Omnibus Objection of the Ad Hoc Committee [Docket No. 2088; filed 11/6/08]

   D. Eleventh Omnibus Response of Debtors and Debtors in Possession to Motions of Landlords for Allowance and Payment of Alleged Administrative Expense Claims Pursuant to Sections 365(d)(3) and 503(b) of the Bankruptcy Code [Docket No. 4370; filed 5/7/09]

   Related Documents: None to date.

   Status: The hearing on this matter has been continued to March 15, 2010 at 10:00 a.m.

7. Motion of Woodbury Lakes Retail, LLC for Allowance and Payment of Administrative Expenses Pursuant to 11 U.S.C.§ 503(b)(1) [Docket No. 4141; filed 4/13/09]

Response Deadline: May 7, 2009 at 4:00 p.m.

Objections/Responses Received:

A. Omnibus Objection of the Ad Hoc Noteholder Committee to (A) Motions by Landlords Seeking Immediate Payment of Rent and Related Occupancy Expenses Incurred During the Period from May 2, 2008 to May 31, 2008 and (B) Motion of CVS Caremark Corporation, CVS Pharmacy, Inc. and Their Affiliates for Reimbursement of Certain Obligations Incurred with Respect to Same [Docket No. 1967; filed 10/24/08]

B. Joinder of The Bank of New York Mellon, As Trustee, to the Omnibus Objection of the Ad Hoc Noteholder Committee to (A) Motions by Landlords Seeking Immediate Payment of Rent and Related Occupancy Expenses Incurred During the Period from May 2, 2008 to May 31, 2008 and (B) Motion of CVS Caremark Corporation, CVS Pharmacy, Inc. and Their Affiliates for Reimbursement of Certain Obligations Incurred with Respect to Same [Docket No. 1974; filed 10/24/08]

C. Supplement to Omnibus Objection of the Ad Hoc Committee [Docket No. 2088; filed 11/6/08]

D. Eleventh Omnibus Response of Debtors and Debtors in Possession to Motions of Landlords for Allowance and Payment of Alleged Administrative Expense Claims Pursuant to Sections 365(d)(3) and 503(b) of the Bankruptcy Code [Docket No. 4370; filed 5/7/09]

Related Documents:

i. Amended Motion of Woodbury Lakes Retail, LLC for Allowance and Payment of Administrative Expenses Pursuant to 11 U.S.C.§ 503(b)(1) [Docket No. 4180; filed 4/14/09]

Status: The hearing on this matter has been continued to March 15, 2010 at 10:00 a.m.

8. Motion of V & J Investment Property LLC for Allowance and Payment of Administrative Expenses Pursuant to 11 U.S.C.§ 503 [Docket No. 4175; filed 4/14/09]

Response Deadline: May 8, 2009 at 4:00 p.m.

Objections/Responses Received:

A. Omnibus Objection of the Ad Hoc Noteholder Committee to (A) Motions by Landlords Seeking Immediate Payment of Rent and Related Occupancy Expenses Incurred During the Period from May 2, 2008 to May 31, 2008 and (B) Motion of CVS Caremark Corporation, CVS Pharmacy, Inc. and Their Affiliates for Reimbursement of Certain Obligations Incurred with Respect to Same [Docket No. 1967; filed 10/24/08]

B. Joinder of The Bank of New York Mellon, As Trustee, to the Omnibus Objection of the Ad Hoc Noteholder Committee to (A) Motions by Landlords Seeking Immediate Payment of Rent and Related Occupancy Expenses Incurred During the Period from May 2, 2008 to May 31, 2008 and (B) Motion of CVS Caremark Corporation, CVS Pharmacy, Inc. and Their Affiliates for Reimbursement of Certain Obligations Incurred with Respect to Same [Docket No. 1974; filed 10/24/08]

C. Supplement to Omnibus Objection of the Ad Hoc Committee [Docket No. 2088; filed 11/6/08]

D. Twelfth Omnibus Response of Debtors and Debtors in Possession to Motions of Landlords for Allowance and Payment of Alleged Administrative Expense Claims Pursuant to Sections 365(d)(3) and 503(b) of the Bankruptcy Code [Docket No. 4375; filed 5/8/09]

Related Documents: None to date.

Status: The hearing on this matter has been continued to March 15, 2010 at 10:00 a.m.

9. Hudson Valley Newco, LLC Lanesborough Enterprises Newco LLC, Independence Center, LLC, Riverside Enterprises, LLC, and Jones Lang Lasalle Americas, Inc.'s Motion for Allowance and Payment of their Administrative Claims and Objections to the Stub Rent Schedule [Docket No. 4236; filed 4/15/09]

Response Deadline: May 8, 2009 at 4:00 p.m.

Objections/Responses Received:

7

- A. Omnibus Objection of the Ad Hoc Noteholder Committee to (A) Motions by Landlords Seeking Immediate Payment of Rent and Related Occupancy Expenses Incurred During the Period from May 2, 2008 to May 31, 2008 and (B) Motion of CVS Caremark Corporation, CVS Pharmacy, Inc. and Their Affiliates for Reimbursement of Certain Obligations Incurred with Respect to Same [Docket No. 1967; filed 10/24/08]

- B. Joinder of The Bank of New York Mellon, As Trustee, to the Omnibus Objection of the Ad Hoc Noteholder Committee to (A) Motions by Landlords Seeking Immediate Payment of Rent and Related Occupancy Expenses Incurred During the Period from May 2, 2008 to May 31, 2008 and (B) Motion of CVS Caremark Corporation, CVS Pharmacy, Inc. and Their Affiliates for Reimbursement of Certain Obligations Incurred with Respect to Same [Docket No. 1974; filed 10/24/08]

- C. Supplement to Omnibus Objection of the Ad Hoc Committee [Docket No. 2088; filed 11/6/08]

- D. Twelfth Omnibus Response of Debtors and Debtors in Possession to Motions of Landlords for Allowance and Payment of Alleged Administrative Expense Claims Pursuant to Sections 365(d)(3) and 503(b) of the Bankruptcy Code [Docket No. 4375; filed 5/8/09]

Related Documents: None to date.

Status: The hearing on this matter has been continued to March 15, 2010 at 10:00 a.m.

10. Harvest Trading Group, Inc.'s Motion for Allowance and Immediate Payment of Administrative Expenses [Docket No. 5396; filed 11/5/09]

Response Deadline: November 25, 2009 at 4:00 p.m.; extended to January 15, 2010 at 4:00 p.m. for the Debtors; extended to February 12, 2010 at 4:00 p.m.

Objections/Responses Received: None to date.

Related Documents: None to date.

Status: The hearing on this matter has been continued to March 15, 2010 at 10:00 a.m.

III. **UNCONTESTED MATTERS GOING FORWARD:**

11. Motion to Convert Chapter 11 Case to a Case Under Chapter 7 [Docket No. 5893; filed 2/12/10]

    Objections/Responses Received: None to date.

    Related Documents:

    i. Motion to Shorten Notice Period, Approve the Form and Limit Notice for Debtors' Motion for an Order Converting the Debtors' Chapter 11 Bankruptcy Cases to Cases Under Chapter 7 of the Bankruptcy Code as of February 26, 2010 in the Alternative to Modification of the Debtors' Third Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [Docket No. 5894; filed 2/12/10]

    Status: The hearing on this matter will go forward.

IV. **CONTESTED MATTERS GOING FORWARD:**

12. Motion of Suzanne Stanczyk for Relief from the Automatic Stay [Docket No. 5455; filed 11/30/09]

    Response Deadline: December 15, 2009 at 4:00 p.m.; extended to December 28, 2009 at 4:00 p.m. for the Debtors.

    Objections/Responses Received:

    A. Response of the Debtors in Opposition to Motion of Suzanne Stanczyk for Relief from the Automatic Stay [Docket No. 5811; filed 1/4/10]

    Related Documents:

    i. Certification of Counsel Regarding Order Approving Stipulation Between Debtors and Suzanne Stanczyk to Extension of Time [Docket No. 5500; filed 12/16/09]

    ii. Order Approving Stipulation Between Debtors and Suzanne Stanczyk to Extension of Time [Docket No. 5504; filed 12/17/09]

    Status: The hearing on this matter will go forward.

13. Debtors' Motion to Approve Modifications to Third Amended Joint Plan of Reorganization [Docket No. 5830; filed 1/20/10]

Objections/Responses Received:

A. Texas Comptroller's Objection to Debtors' Motion to Approve Modifications to Third Amended Joint Plan of Reorganization [Docket No. 5855; filed 2/2/10]

B. The CIT Group/Commercial Services, Inc.'s Response to the Debtors' Motion to Approve Modifications to Third Amended Joint Plan of Reorganization [Docket No. 5859; filed 2/9/10]

C. Objection of the Michigan Department of Treasury to the Debtors' Motion to Approve Modifications to the Third Amended Joint Plan of Reorganization [Docket No. 5864; filed 2/9/10]

D. The CVS Entities' Response to Debtors' Motion to Approve Modifications to Third Amended Joint Plan of Reorganization [Docket No. 5865; filed 2/9/10]

E. Limited Objection of Lewisville Independent School District to Debtors' Motion to Approve Modifications to Third Amended Joint Plan of Reorganization [Docket No. 5870; filed 2/10/10]

F. Joinder of CLPF-Promenade, LP and Surprise Towne Center Holdings, LLC to the CVS Entities' Response to Debtors' Motion to Approve Modifications to Third Amended Joint Plan of Reorganization [Docket No. 5871; filed 2/10/10]

G. Objection of the County of Denton, Texas, and County of Williamson, Texas, to Debtors' Motion to Approve Modifications to Third Amended Joint Plan of Reorganization [Docket No. 5872; filed 2/10/10]

H. Objection by The New York State Department of Taxation and Finance to Debtors' Motion to Approve Modifications to Third Amended Joint Plan of Reorganization [Docket No. 5873; filed 2/10/10]

I. Limited Objection (of Burleson ISD, *et al.*) to Debtors' Motion to Approve Modification to Third Amended Joint Plan of Reorganization [Docket No. 5874; filed 2/10/10]

J. Objection of Developers Diversified Realty Corp., General Growth Properties, Inc., Weingarten Realty Investors, The Woodmont Company, Pan Am Equities, Inc., and Philips International Holding, Inc. to the Debtors' Motion to Approve Modifications to Third Amended Joint Plan of Reorganization [Docket No. 5875; filed 2/10/10]

K. Joinder of WestPoint Home, Inc. to the CVS Entities' Response to Debtors' Motion to Approve Modifications to Third Amended Joint Plan of Reorganization [Docket No. 5876; filed 2/10/10]

L. Objection by the Nevada Department of Taxation to the Debtors' Motion to Approve Modifications to Third Amended Joint Plan of Reorganization [Docket No. 5877; filed 2/10/10]

M. Maricopa County Treasurer's Objection to Motion to Approve Modifications to Third Amended Joint Plan of Reorganization [Docket No. 5879; filed 2/10/10]

N. Objection by Commonwealth of Pennsylvania, Department of Revenue to Debtors' Motion to Approve Modifications to Third Amended Joint Plan of Reorganization [Docket No. 5882; filed 2/11/10]

O. Response of Lennox National Account Services f/k/a Industrial Building Services, Inc. to Debtors' Motion to Approve Modifications to Third Amended Joint Plan of Reorganization [Docket No. 5885; filed 2/12/10]

P. Opposition of W/C Imports, Inc. to Debtors' Motion to Approve Modifications to Third Amended Joint Plan of Reorganization [Docket No. 5888; filed 2/12/10]

Related Documents: None to date.

Status: The hearing on this matter will go forward.

V. **INTERIM FEE APPLICATIONS:**

Status: On December 28, 2009, the Court entered its *Order Directing Appointment of Fee Examiner* [Docket No. 5799] (the "Fee Examiner Order"). Pursuant to the Fee Examiner Order, "[n]o interim nor final fee applications shall be considered by the Court prior to the review by the fee examiner and the submission of a report to the Court." See Fee Examiner Order at ¶ 2. Consequently, pending the appointment of a fee examiner in these chapter 11 cases, the hearing on the pending sixth interim period fee applications will not go forward at this time.

RLF1 3535355v.1

Dated: February 17, 2010  
       Wilmington, Delaware

Respectfully submitted,

/s/ Andrew C. Irgens

Mark D. Collins (No. 2981)  
Michael J. Merchant (No. 3854)  
Jason M. Madron (No. 4431)  
Christopher M. Samis (No. 4909)  
Andrew C. Irgens (No. 5193)  
RICHARDS, LAYTON & FINGER, P.A.  
One Rodney Square  
920 North King Street  
Wilmington, Delaware 19801  
Telephone: (302) 651-7700  
Facsimile: (302) 651-7701

*Attorneys for the Debtors and Debtors-in-Possession*