IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LINENS HOLDINGS CO., et al.,[1] | ) | Case No. 08-10832 (CSS) |
| | ) | |
| Debtor. | ) | Re: Docket No. 5921, 5893 |
| | ) | |

### ORDER CONVERTING THE DEBTORS' CHAPTER 11 BANKRUPTCY CASES TO CASES UNDER CHAPTER 7 OF THE BANKRUPTCY CODE AS OF FEBRUARY 26, 2010 AT 5:00 P.M.

Upon consideration of the Debtors' Motion for an Order Converting the Debtors' Chapter 11 Bankruptcy Cases to Cases Under Chapter 7 of the Bankruptcy Code as of February 26, 2010 (the "Motion"), and finding that due and sufficient notice of the Motion having been given under the circumstances; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and this is a core proceeding under 28 U.S.C. §157(b)(2); and after due deliberation and sufficient cause appearing therefore, it is hereby

**ORDERED, ADJUDGED and DECREED** as follows:

1. The Motion is GRANTED.

2. The Debtors' chapter 11 cases are converted, pursuant to 11 U.S.C. § 1112(a), to cases under chapter 7 of the United States Bankruptcy Code, effective as of February 26, 2010 at 5:00 p.m. (the "Conversion Date").

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the Debtors, are Linens Holding Co. (2917), Linens 'n Things, Inc. (3939), Linens 'n Things Center, Inc. (0138), Bloomington, MN., L.T., Inc. (8498), Vendor Finance, LLC (5543), LNT, Inc. (4668), LNT Services, Inc. (2093), LNT Leasing II, LLC (4182), LNT West, Inc. (1975), LNT Virginia LLC (9453), LNT Merchandising Company LLC (2616), LNT Leasing III, LLC (3599) and Citadel LNT, LLC (2479).

3. The Debtors shall:

a. On the Conversion Date, turn over to the chapter 7 trustee all records and property of the estate under its custody and control as required by Federal Rule of Bankruptcy Procedure Fed. R. Bankr. P. 1019(4); and

b. Within 15 days of the Conversion Date, file a schedule of unpaid debts incurred after commencement of the superseded case including the name and address of each creditor, as required by Fed. R. Bankr. P. 1019(5).

c. Within 15 days of the Conversion Date, file the statements and schedules required by Fed. R. Bankr. P. 1019(1)(A) and 1007(b).

d. Within 30 days from the Conversion Date, file and transmit a final report and account as required by Fed. R. Bankr. P. 1019(5)(A) to the U.S. Trustee.[2]

4. All professionals employed by the Debtors' estates in these chapter 11 cases shall file, within 45 days of the Conversion Date, a final fee application for approval of all fees and expenses incurred through the Conversion Date ("Final Fee Applications") to the extent such professionals have not already done so.

5. A representative of the Debtors, and, if requested by the chapter 7 trustee, counsel to the Debtors in the chapter 11 cases, shall appear at the first meeting of creditors pursuant to sections 341(a) and 343 of the Bankruptcy Code, and such representative shall be available to testify at such meeting.

---

[2] Capitalized terms used, but not otherwise defined herein, shall have the meanings ascribed to them in the Motion.

6. This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Date: February 24, 2010
Wilmington, Delaware

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

RLF1 3540604v.1