# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LINENS HOLDING CO., et al.,[1] | ) | Case No. 08-10832 (CSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON MARCH 1, 2010 AT 3:00 P.M. (EST)

I. **STATUS CONFERENCE:**

1. Order Converting the Debtors' Chapter 11 Bankruptcy Cases to Cases Under Chapter 7 of the Bankruptcy Code as of February 26, 2010 at 5:00 P.M. [Docket No. 5924; filed 2/24/10]

    Status: The status conference regarding the conversion of these cases will go forward.

II. **SCHEDULING CONFERENCES:**

2. Linens Holding Co., et. al., v. [See Attached Exhibit A]

    Objections/Responses Received: None at this time.

    Related Documents:

    i. Status Report [Filed on 2/17/10 in each of the Adversary Proceedings attached hereto on Exhibit A]

    Status: The court will hold a scheduling conference in these matters pursuant to Local Rule 7016-1. Plaintiffs intend to present a proposed form of scheduling order for entry at the scheduling conferences.

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the Debtors, are Linens Holding Co. (2917), Linens 'n Things, Inc. (3939), Linens 'n Things Center, Inc. (0138), Bloomington, MN., L.T., Inc. (8498), Vendor Finance, LLC (5543), LNT, Inc. (4668), LNT Services, Inc. (2093), LNT Leasing II, LLC (4182), LNT West, Inc. (1975), LNT Virginia LLC (9453), LNT Merchandising Company LLC (2616), LNT Leasing III, LLC (3599) and Citadel LNT, LLC (2479).

RLF1 3542570v.1

Dated: February 25, 2010　　　　　　　Respectfully submitted,
　　　　　Wilmington, Delaware

_____
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Jason M. Madron (No. 4431)
Christopher M. Samis (No. 4909)
Andrew C. Irgens (No. 5193)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

*Attorneys for the Debtors and Debtors-in-Possession*