IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| **LINENS HOLDING CO., et al.,**[1] | ) | Case No. 08-10832 (CSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |

### NOTICE OF FILING OF SCHEDULE OF UNPAID DEBTS

PLEASE TAKE NOTICE that, on March 12, 2010, the above captioned debtors filed their Schedule of Unpaid Debts with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801. A copy of the Schedule of Unpaid Debts is attached hereto as Exhibit A.

Dated: March 12, 2010
      Wilmington, Delaware

Respectfully submitted,

_____
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Jason M. Madron (No. 4431)
Christopher M. Samis (No. 4909)
Andrew C. Irgens (No. 5193)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

*Attorneys for Debtors*

---

[1] The Debtors in these cases, along with the last four digits of the federal tax identification number for each of the Debtors, are Linens Holding Co. (2917), Linens 'n Things, Inc (3939), Linens 'n Things Center, Inc. (0138), Bloomington, MN., L.T., Inc (8498), Vendor Finance, LLC (5543), LNT, Inc (4668), LNT Services, Inc. (2093), LNT Leasing II, LLC (4182), LNT West, Inc (1975), LNT Virginia LLC (9453), LNT Merchandising Company LLC (2616), LNT Leasing III, LLC (3599) and Citadel LNT, LLC (2479).

RLF1 3548545v 1