IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LINENS HOLDING CO., et al.,<br><br>Debtors. | Chapter 7<br>Case No. 08-10832 (CSS) |
| CHARLES M. FORMAN, Chapter 7 Trustee for the Estates of Linens Holding Co., et al.,<br><br>Plaintiff<br>v.<br><br>INSERTS EAST, INC.,<br><br>Defendant. | Adversary No. 11-50216 (CSS) |

**ORDER APPROVING STIPULATION EXTENDING
CERTAIN DEADLINES IN SCHEDULING ORDER**

This Court, having considered the Stipulation Extending Certain Deadlines In Scheduling Order (the "Stipulation") between the above-captioned Plaintiff, Charles M. Forman, Chapter 7 Trustee (the "Trustee") for the estates of Linens Holding Co., *et al.*, and the Defendant, Inserts East, Inc. (the "Defendant"), attached to the Certification of Counsel as Exhibit "A"; and the Court having determined that good and adequate cause exists for approval of the Stipulation; and the Court having determined that no further or additional notice of the Stipulation must be given; it is hereby:

ORDERED that the Stipulation is APPROVED.

Dated: __1/13__, 2012
Wilmington, Delaware

Honorable Christopher S. Sontchi
United States Bankruptcy Court Judge