# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**  
Linens Holding Co.  
6 Brighton Road  
Clifton, NJ 07015  
 **EIN:** 20–4192917  
Laundry Holding Co.

**Chapter:** 7

**Case No.:** 08–10832–CSS

## ORDER REQUIRING STATUS REPORT

   *AND NOW*, the case docket reflecting an extended period of inactivity of 180 days or longer,

***IT IS HEREBY ORDERED*** that pursuant to 11 U.S.C § 105(d)(1), counsel for the Trustee or the Trustee shall file a status report within 21 days of the date of this order.

_____  
Christopher S. Sontchi  
Bankruptcy Judge

Dated: Wilmington, Delaware  
 7/30/19