

## FORMAN HOLT
### ATTORNEYS AT LAW

FORMAN LAW LLC
www.formanlaw.com

Reply to Rochelle Park

August 20, 2019

Via ECF Filing
Honorable Christopher S. Sontchi
United States Bankruptcy Judge
United States Bankruptcy Court
824 North Market Street
5th Floor
Wilmington, DE 1980

Re:   Linens Holding Co.
      Case No. 08-10832 CSS

Dear Judge Sontchi:

This letter is written in response to the Order Requiring Status Report dated July 30, 2019.

This case is not ready to be closed at this time. There are several outstanding issues that must be resolved prior to closing the case.

I.   Claims Resolutions.

Claims filed by parties asserting administrative expenses have been partially resolved. I am in the process of finalizing the review process and anticipate that objections to unresolved claims will be filed in the fourth quarter of this year.

II.   Liquidation of Assets.

There are several assets which have not been fully liquidated at this time. Specifically, I am still receiving restitution payments, having received a payment of $1,237.23 on August 13, 2019. I have also asserted claims on behalf of the Estate in three class actions and have retained Hamilton, Houck & Babcock to represent the Estate's interest in these class actions. Two of the cases are under objection and one of the cases is in the auditing stage. At this time, I do not have an estimate of the amount of the potential recoveries. It is my belief that the funds may be available for distribution within twelve to eighteen months.

F0059527 - 1

T 201.845.1000    365 West Passaic Street, Suite 400, Rochelle Park, NJ 07662    F 201.655.6650
T 212.707.8500    1700 Broadway, Suite 4100, New York, NY 10019                  F 332.205.9332



Honorable Christopher S. Sontchi
August 20, 2019
Page 2

Based on the above, I do not anticipate being in a position to close this case for at least eighteen to twenty-four months.

Respectfully submitted,

*[signature]*

Charles M. Forman
Chapter 7 Trustee

F0059527 - 1