# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| LINENS HOLDING CO., *et al.*,[1] | : | Case No. 08-10832 (CSS) |
| | : | Substantively Consolidated |
| Debtors. | : | |
| | : | |
| | : | Re: D.I. No. __ |

## ORDER SUSTAINING TRUSTEE'S ELEVENTH OMNIBUS OBJECTION (SUBSTANTIVE) DISALLOWING OR RECLASSIFYING CERTAIN SECURED CLAIMS

AND NOW, upon consideration of the *Trustee's Eleventh Omnibus Objection (Substantive) to Disallow or Reclassify Certain Secured Claims* (the "Objection[2]") filed by Charles M. Forman, the chapter 7 trustee for Linens Holding Co., *et al.* (the "Debtors"); and after due deliberation, and sufficient cause appearing therefor; it is hereby

**FOUND AND DETERMINED THAT:**

A.  The Objection is a core proceeding under 28 U.S.C. § 157(b)(2);

B.  Each holder of a disputed claim listed on Exhibits A and B attached hereto was properly and timely served with a copy of the Objection, this order, the accompanying exhibits and the notice of hearing and response deadline;

C.  Any entity known to have an interest in the claims subject to the Objection has been afforded reasonable opportunity to respond to, or be heard regarding, the relief requested in the Objection;

D.  The secured claim listed on Exhibit A should be disallowed;

---

[1] The Debtors in these cases, along with the last four digits of the federal tax identification number for each of the Debtors, are Linens Holding Co. (2917), Linens 'n Things, Inc. (3939), Linens 'n Things Center, Inc. (0138), Bloomington, MN., L.T., Inc. (8498), Vendor Finance, LLC (5543), LNT, Inc. (4668), LNT Services, Inc. (2093), LNT Leasing II, LLC (4182), LNT West, Inc. (1975), LNT Virginia LLC (9453), LNT Merchandising Company LLC (2616), LNT Leasing III, LLC (3599) and Citadel LNT, LLC (2479).

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Objection.

E.  The secured claim listed on Exhibit B should be reclassified; and

F.  The relief requested in the Objection is in the best interests of the Debtors, their estates, creditors, and other parties in interest.

**IT IS THEREFORE ORDERED THAT:**

1.  The relief requested in the Objection is GRANTED as set forth herein.

2.  The secured claim listed in Exhibit A attached hereto shall be, and hereby is, disallowed and expunged in its entirety. The secured claim listed in Exhibit B attached hereto shall be, and hereby is, reclassified to a general unsecured claim against the estate.

3.  The Trustee's rights to amend, modify, or supplement the Objection, to file additional objections to the claims or any other claims (filed or not) which may be asserted against the Debtors, are preserved. Additionally, should one or more of the grounds of objection stated in the Objection be dismissed, the Trustee's rights to object on other stated grounds or any other grounds that the Trustee discovers during the pendency of this chapter 7 case is further preserved.

4.  This Court shall retain jurisdiction over the Trustee, the Debtors and the claimants whose claims are subject to the Objection with respect to any matters related to or arising from the Objection or the implementation of this order.

5.  Each of the claims and the objections by the Trustee to such claims, as addressed in the Objection and as set forth in Exhibits A and B hereto, constitute a separate contested matter as contemplated by Bankruptcy Rule 9014 and Local Rule 3007-1. This order shall be deemed a separate order with respect to each of the claims. Any stay of this order pending appeal by any claimants whose claims are subject to this order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability and/or finality of

this order with respect to the other contested matters listed in the Objection or this order.

**EXHIBIT A**
**(Disallow Amended Claims)**

| Claimant | Claim No. | EXHIBIT A Claim Amount | Claim Classification Status | Reason for Disallowance |
|---|---|---|---|---|
| Town of Sturbridge | 5660 | $254.25 | Secured | Claim should be disallowed on the basis that it was previously paid in full. |

**EXHIBIT B**
**(Disallow Duplicate Claims)**

|  |  | EXHIBIT B |  |  |  |
|---|---|---|---|---|---|
| Claimant | Claim No. | Claim Amount | Claim Classification (As Filed) | Modified Classification | Reason for Reclassification |
| Checkpoint Systems Inc. | 6017 | $397,266.90 | Secured | General Unsecured | Claim purports to assert a secured claim under a right of setoff. The claim is not secured by any assets in the estate. Claim should be reclassified to a general unsecured claim. |